```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLA6077221
Cashier ID: jcallo
Transaction Date: 09/08/2021
Payer Name: Jackson Lewis P.C.

CIVIL FILING FEE- NON-PRISONER
 For: Jackson Lewis P.C.
 Amount:        $402.00

CHECK/MONEY ORDER
 Remitter: Jackson Lewis P.C.
 Check/Money Order Num: 9422
 Amt Tendered: $402.00

Total Due:       $402.00
Total Tendered: $402.00
Change Amt:      $0.00

21cv1649

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```