JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: hilary.williams@jacksonlewis.com

*Attorneys for Petitioners Allegiant Travel Co., and Allegiant Air, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEGIANT TRAVEL COMPANY, a Nevada corporation; ALLEGIANT AIR, LLC, a Nevada limited liability company,<br><br>Petitioners,<br><br>vs.<br><br>JASON W. KINZER, an individual,<br><br>Respondent. | Case No.: 2:21-cv-01649-JAD-NJK<br><br>**PETITIONERS' MOTION TO EXTEND TIME TO FILE PROOF OF SERVICE**<br><br>**(FIRST REQUEST)** |

Petitioners ALLEGIANT TRAVEL COMPANY and ALLEGIANT AIR, LLC (together, "Allegiant"), by and through their attorneys, the law firm of Jackson Lewis P.C., bring the instant Motion to Extend the October 8, 2021 deadline established by the Court (ECF No. 4) for Petitioners to file proof of service on Respondent Jason W. Kinzer of their Application to Confirm Arbitration Award (ECF No. 1) and Motion for Leave to Redact or File Certain Documents Under Seal (ECF No. 2). This Motion is based on the Memorandum of Points and Authorities attached hereto, the pleadings and papers on file herein, and any oral argument the Court allows.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Petitioners filed their Application to Confirm Arbitration Award (ECF No. 1) and Motion for Leave to Redact or File Certain Documents Under Seal (ECF No. 2) with this Court on September 8, 2021. On October 5, 2021, the Court ordered that Petitioners file proof of service of

both the Application and Motion by October 8, 2021. ECF No. 4. Petitioners respectfully request that the time to file proof of service be extended one week to October 15, 2021.

The decision to grant an extension or continuance is within the Court's sound discretion. *F.T.C. v. Gill*, 265 F.3d 944, 954-55 (9th Cir. 2001). Federal Rule of Civil Procedure 6(b)(1) provides that when an act must be done within a specified time, the Court "may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." The "good cause" standard "primarily considers the diligence of the party seeking the amendment." *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013).

Here, good cause exists for extending the deadline for Petitioners to file proof of service. *See Ahanchian v. Xenon Pictures*, Inc., 624 F.3d 1253, 1259 (9th Cir. 2010) (requests for extensions of time made before the applicable deadline has passed should generally be granted in the absence of bad faith or prejudice to adverse party; good cause for an extension of time under Rule 6(b) is a "non-rigorous standard" that is construed broadly). Petitioners served Douglas Desjardins, Esq., counsel for Respondent Jason W. Kinzer, with copies of the Application and Motion via email on October 6, 2021.[1] **Exhibit 1** ("Attachments" section). Mr. Desjardins has confirmed that he will be accepting service of the Application and Motion on behalf of Respondent. *See* **Exhibit 2** ("I will have some changes to the motion—but no issue with what [Petitioners] want[].") However, the parties are still working to finalize the language of the acceptance of service form and expect to complete that process early next week.

Good cause exists to enlarge the time by which a party may file a document where additional time is needed to prepare such document. *See O'Connor v. U.S. I.R.S.*, 698 F. Supp. 204, 205 (D. Nev. 1988) (district court granted the plaintiffs' motion for an extension of time to oppose a motion for summary judgment); *Germaine Music v. Universal Songs of Polygram*, 275 F.Supp.2d 1288, 1301 (district court granted movant's motion for additional time to oppose a motion for summary judgment). That is the case here.

---

[1] Mr. Desjardins's office is located in Washington, D.C. Respondent Kinzer is believed to be a resident of California.

Petitioners make this request in good faith and not to delay these proceedings. Therefore, Petitioners respectfully requests that the Court grant this Motion, and allow Petitioners until October 15, 2021, in which to file Respondent's acceptance of service of the Application and Motion, or proof of service of the same.

DATED this 8th day of October, 2021.

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Petitioners Allegiant Travel Co. and Allegiant Air, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

DATED: _____

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Jackson Lewis P.C. and that on this 8<u>th</u> day of September, 2021, I caused to be served via electronic mail, a true and correct copy of the foregoing **PETITIONERS' MOTION TO EXTEND TIME TO FILE PROOF OF SERVICE (FIRST REQUEST)** to the following:

Douglas Desjardins
THE PANGIA LAW GROUP
1717 N St., NW
Third Floor
Washington, DC 20036
dpd@pangialaw.com

> */s/ Joshua A. Sliker*
> Employee of Jackson Lewis, P.C.

4841-3143-4238, v. 1