**EXHIBIT 1**

# EXHIBIT 1

E-Mail to Doug Desjardins dated October 6, 2021 with service of Application and Motion

**EXHIBIT 1**

## Sliker, Joshua A. (Las Vegas)

| | |
|---|---|
| **From:** | Sliker, Joshua A. (Las Vegas) |
| **Sent:** | Wednesday, October 6, 2021 11:52 AM |
| **To:** | Douglas Desjardins |
| **Subject:** | RE: Allegiant/Kinzer - Application to Confirm Arb Award |
| **Attachments:** | Waiver or Acceptance of Service of Application to Confirm Arbitration Award.pdf; #002 2021-09-08 Petitioners' Motion for Leave to Redact or File Certain Documents Under Seal.pdf; 2021-09-08 Application to Confirm Arbitration Award (Redacted Version Uploaded to Court).pdf; 2021-09-08 Application to Confirm Arbitration Award (Unredacted Version).pdf |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Doug,

Attached is an acceptance/waiver of service form for your signature for the Application to Confirm (redacted and unredacted versions) and Motion to Redact/Seal certain portions thereof. If all meets with your approval, please sign and return to me. Alternatively, I can affix your e-signature with your permission.

Thanks.

Josh



### Joshua A. Sliker
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com