# EXHIBIT 2

# EXHIBIT 2

Correspondence with Doug Desjardins regarding waiver and acceptance of service

# EXHIBIT 2

## Sliker, Joshua A. (Las Vegas)

| | |
|---|---|
| **From:** | Sliker, Joshua A. (Las Vegas) |
| **Sent:** | Wednesday, October 6, 2021 1:16 PM |
| **To:** | Douglas Desjardins |
| **Subject:** | RE: Allegiant/Kinzer - Application to Confirm Arb Award |
| **Attachments:** | #001 2021-09-08 SEALED - Petitioners' Application to Confirm Arbitration Award and Enter Judgment (No Document Attached).pdf; Waiver or Acceptance of Service of Application to Confirm Arbitration Award.docx |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Yes, please see attached. Because its filed under seal, we didn't get an actual file-stamped copy of the Application back.



### Joshua A. Sliker
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

**From:** Douglas Desjardins <dpd@pangialaw.com>
**Sent:** Wednesday, October 6, 2021 11:58 AM
**To:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** Re: Allegiant/Kinzer - Application to Confirm Arb Award

**[EXTERNAL SENDER]**

Josh,

Can you please send me the docket sheet—and pleading 1—unless it is the cover sheet?  I will have some changes to the motion—but no issue with what your client wants.  If you could send it to me in Word, I can make my tweaks.  Alternatively I can scribble on the PDF.

Let me know what works best for you.

Thanks.

Doug

**From:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Date:** Wednesday, October 6, 2021 at 2:53 PM

1

**To:** Douglas Desjardins <dpd@pangialaw.com>
**Subject:** RE: Allegiant/Kinzer - Application to Confirm Arb Award

Doug,

Attached is an acceptance/waiver of service form for your signature for the Application to Confirm (redacted and unredacted versions) and Motion to Redact/Seal certain portions thereof. If all meets with your approval, please sign and return to me. Alternatively, I can affix your e-signature with your permission.

Thanks.

Josh



### Joshua A. Sliker
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

---

**From:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Sent:** Monday, September 13, 2021 12:10 PM
**To:** Douglas Desjardins <dpd@pangialaw.com>
**Subject:** RE: Allegiant/Kinzer - Application to Confirm Arb Award

1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  HILARY A. WILLIAMS, ESQ.
   Nevada Bar No. 14645
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Ste. 900
4  Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Email: joshua.sliker@jacksonlewis.com
6  Email: hilary.williams@jacksonlewis.com

7  *Attorneys for Petitioners*
   *Allegiant Travel Co, and*
8  *Allegiant Air, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ALLEGIANT TRAVEL COMPANY, a Nevada corporation; ALLEGIANT AIR, LLC, a Nevada limited liability company,<br><br>Petitioners,<br><br>vs.<br><br>JASON W. KINZER, an individual,<br><br>Respondent. | Case No.: 2:21-cv-01649-JAD-NJK<br><br>**WAIVER OR ACCEPTANCE OF SERVICE OF APPLICATION TO COMFIRM ARBITRATION AWARD** |
|---|---|

I, Douglas P. Desjardins, as counsel for Respondent Jason W. Kinzer, hereby, on behalf of Respondent:

1. Acknowledge receipt of copies of Petitioners' Application to Confirm Arbitration Award and Enter Judgment, and Petitioners' Motion to Seal and/or Redact;

2. Accept service of Petitioners' Application to Confirm Arbitration Award and Enter Judgment, and Petitioners' Motion to Seal and/or Redact; and,

/ / /

/ / /

/ / /

/ / /

/ / /

3. Waive formal service of process of Petitioners' Application to Confirm Arbitration Award and Enter Judgment, and Petitioners' Motion to Seal and/or Redact.

DATED this 6<u>th</u> day of October, 2021.

        PANGIA LAW GROUP

        _____
        DOUGLAS P. DESJARDINS, ESQ.
        1717 N. St., NW
        Washington, D.C. 200369
        Telephone: (202) 758-2794
        Email: dpd@pangialaw.com
        *Attorneys for Respondent Jason W. Kinzer*