JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: hilary.williams@jacksonlewis.com

*Attorneys for Petitioners*
*Allegiant Travel Co, and*
*Allegiant Air, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLEGIANT TRAVEL COMPANY, a Nevada corporation; ALLEGIANT AIR, LLC, a Nevada limited liability company, <br><br> Petitioners, <br><br> vs. <br><br> JASON W. KINZER, an individual, <br><br> Respondent. | Case No.: 2:21-cv-01649-JAD-NJK <br><br> **WAIVER AND ACCEPTANCE OF SERVICE** |

I, Douglas P. Desjardins, as counsel for Respondent Jason W. Kinzer, hereby, on behalf of Respondent:

1. Acknowledge receiving copies of Petitioners' Application to Confirm Arbitration Award and Enter Judgment, and Petitioners' Motion to Seal and/or Redact on October 6, 2021;

2. Accept service of Petitioners' Application to Confirm Arbitration Award and Enter Judgment, and Petitioners' Motion to Seal and/or Redact; and,

/ / /

/ / /

/ / /

/ / /

3. Waive formal service of process of Petitioners' Application to Confirm Arbitration Award and Enter Judgment, and Petitioners' Motion to Seal and/or Redact.

DATED this 15th day of October, 2021.

    PANGIA LAW GROUP

    */s/ Douglas P. Desjardins*
    DOUGLAS P. DESJARDINS, ESQ.
    1717 N. St., NW
    Washington, D.C. 200369
    Telephone: (202) 758-2794
    Email: dpd@pangialaw.com

    *Attorneys for Respondent Jason W. Kinzer*

## Sliker, Joshua A. (Las Vegas)

**From:** Douglas Desjardins <dpd@pangialaw.com>
**Sent:** Friday, October 15, 2021 6:00 PM
**To:** Sliker, Joshua A. (Las Vegas)
**Subject:** Re: Kinzer

**[EXTERNAL SENDER]**

Josh,

Yes. I can accept and waive.

D

Get Outlook for iOS

**From:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Sent:** Friday, October 15, 2021 8:11:44 PM
**To:** Douglas Desjardins <dpd@pangialaw.com>
**Subject:** Kinzer

Doug,

Can we file the attached with your e-signature? We need to advise the court today re status of service.

Thanks.



### Joshua A. Sliker
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

1