JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: hilary.williams@jacksonlewis.com

*Attorneys for Petitioners Allegiant Travel Co.,*
*and Allegiant Air, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLEGIANT TRAVEL COMPANY, a Nevada corporation; ALLEGIANT AIR, LLC, a Nevada limited liability company,<br><br>Petitioners,<br><br>vs.<br><br>JASON W. KINZER, an individual,<br><br>Respondent. | Case No.: 2:21-cv-01649-JAD-NJK<br><br>**NOTICE IN COMPLIANCE WITH ORDER [ECF NO. 15]** |

Petitioners ALLEGIANT TRAVEL COMPANY and ALLEGIANT AIR, LLC (together, "Petitioners"), by and through their attorneys, the law firm of Jackson Lewis P.C., hereby file this Notice in compliance with the Court's Order [ECF No. 15] granting in part and denying in part Petitioners' Motion to Seal [ECF No. 2].

On July 19, 2022, the Court ordered Petitioners to file a notice on the public docket attaching the Motion to Seal [ECF No. 2] with a redaction to only the block quotation of the confidentiality provision in the settlement agreement. ECF No. 15 at 8:13-16.

/ / /

/ / /

/ / /

/ / /

1      In compliance with the Court's Order [ECF No. 15], Petitioners file this Notice. The Motion

2  to Seal [ECF No. 2] with a redaction to only the block quotation is attached at **Exhibit 1**.

3      DATED this 26th day of July, 2022.

4                                       JACKSON LEWIS P.C.

5                                        */s/ Joshua A. Sliker*

6                                       JOSHUA A. SLIKER, ESQ.
                                     Nevada Bar No. 12493

7                                       HILARY A. WILLIAMS, ESQ.
                                     Nevada Bar No. 14645

8                                       300 S. 4th Street, Suite 900
                                     Las Vegas, Nevada 89101

9                                       *Attorneys for Petitioners Allegiant Travel Co.*
                                     *and Allegiant Air, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28