AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Allegiant Travel Company, et al.,

                Petitioners,

  v.

Jason Kinzer,

                Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01649-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of ALLEGIANT TRAVEL COMPANY and ALLEGIANT AIR, LLC and against JASON W. KINZER.

  August 5, 2022                                                  DEBRA K. KEMPI
Date                                                                         Clerk

                                                                                           T. Roush-Wallace
                                                                                           Deputy Clerk